# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:24-CR-00189-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LARRY MITCHELL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 40] having been considered, together with the written objections thereto filed with this Court [Doc. No. 41], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that the Motion to Suppress [Doc. No. 19] filed by Defendant Larry Mitchell is **DENIED**.

**MONROE, LOUISIANA**, this 11th day of June 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE